

NUMBER 13-08-00255-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MICHAEL REECE,                                                                    Appellant,

v.

NCO PORTFOLIO MANAGEMENT,                                                Appellee.

On appeal from the County Court at Law No. 3
of Collin County, Texas.

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

The parties to this appeal have filed an agreed motion to vacate the judgment of the

trial court and remand this matter to the trial court for further action consistent with the

agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The Court, having considered the documents on file and the agreed motion to vacate and remand, is of the opinion that the motion should be granted. *See id.* The agreed motion is GRANTED. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See id.*; TEX. R. APP. P. 43.2(d). Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered and
filed this the 29th day of May, 2008.